**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JOCELYN LYNCH**

      **Petitioner,**

v.                                                                **Case No. 5:24cv207/MCR/MAL**

**FEDERAL BUREAU OF PRISONS,**

      **Respondent.**
_____/

## O R D E R

The magistrate judge issued a Report and Recommendation dated October 11, 2024. ECF No. 7. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2.      Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241, ECF No. 2, is **DENIED** under Rule 4 of the Rules Governing Section

2254 Cases.

   **DONE and ORDERED** this 31st day of December 2024.

   *M. Casey Rodgers*
   **M. CASEY RODGERS**
   **UNITED STATES DISTRICT JUDGE**

Case No.: 5:24cv207/MCR/MAL